IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VICKY LYNN BURGESS**                                                                         **PLAINTIFF**

v.                                      No. 3:11–CV–292–BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

**JUDGMENT**

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

DATED this 20th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE